of New York, for the Construction of Inland Terminal No. 1, Respondent, against SILVERBRIDGE REALTY COMPANY, INC., Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Martin, P. J., taking no part.

In the Matter of the Application of THE PORT OF NEW YORK AUTHORITY, Respondent, to Acquire Title to Certain Lands in the Borough of Manhattan, City and County of New York, for the Construction of Inland Terminal No. 1, against SILVERBRIDGE REALTY COMPANY, INC., and CHARLES ROTHMAN, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Martin, P. J., taking no part.

In the Matter of the Application of THE PORT OF NEW YORK AUTHORITY, Respondent, to Acquire Title to Certain Lands in the Borough of Manhattan, City and County of New York, for the Construction of Inland Terminal No. 1, against SILVERBRIDGE REALTY COMPANY, INC., and Others, Defendants, Impleaded with CHARLES ROTHMAN, Appellant.— Final order so far as appealed from affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Martin, P. J., taking no part.

In the Matter of the Application of THE PORT OF NEW YORK AUTHORITY, Respondent, to Acquire Title to Certain Lands in the Borough of Manhattan, City and County of New York, for the Construction of Inland Terminal No. 1, against SILVERBRIDGE REALTY COMPANY, INC., Appellant, Impleaded with Others. — Final order so far as appealed from affirmed, with costs to the respondent. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.; Martin, P. J., taking no part.

LONG ISLAND DEPOT BUILDING CORPORATION, Respondent, v. PETER MESSER, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of ISIDOR J. KRESEL for Reinstatement to the Bar.— Motion granted. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LOUIS GREENFIELD, the Holder of a Bond Secured by a Mortgage Executed upon Premises Known as Nos. 2124–2134 Broadway, in the Borough of Manhattan, City of New York, Suing on Behalf of Himself and All Other Bondholders Similarly Situated, Respondent, v. MANUFACTURERS TRUST COMPANY, Individually, and as Trustee, Appellant. PATRICK MCDONOUGH, Suing on Behalf of Himself and All Other Legal Owners and Holders of Bonds Known under a Bond Issue as "2124–2134 Broadway Buildings First Mortgage 5¾% Sinking Fund Gold Bond Certificates Series 'A,'" etc., Respondent, v. MANUFACTURERS TRUST COMPANY, as Successor Trustee, etc., Appellant, and LOUIS F. SCHULTZE, as Receiver of S. W. STRAUS & Co., INCORPORATED, Defendant.— Order appealed from, as amended, reversed, with twenty dollars costs and disbursements to the appellant, and motions denied, upon stipulation signed by the attorneys for the plaintiffs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LOFT, INC., Appellant, v. BLUMCOHA RESTAURANT, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements, and preference granted